**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                    PLAINTIFF

vs.                                        NO. 4:13CR00100-001  SWW

JOHN MATHIS LILE, III                                                        DEFENDANT

## ORDER

Defendant appeared for sentencing before this Court on July 22, 2015.  A report date of October 13, 2015 was ordered.  The Court determined that defendant's conditions of release should be modified to direct defendant to make monthly payments on the Court-ordered restitution of $118,500.00 prior to reporting to the facility designated by the Bureau of Prisons.

IT IS THEREFORE ORDERED that defendant's conditions of release shall be modified as follows:

> The defendant shall make payments on the restitution imposed at the rate of 10% of defendant's gross monthly income in August 2015 and September 2015.

All other conditions previously imposed remain in full force and effect.

DATED this 23rd day of July 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE